PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jose Cantero                                      Cr.: 09-00043-001
                                                                    PACTS Number: 52569

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden
                                     United States District Judge

Date of Original Sentence: 05/14/09

Original Offense: Conspiracy to Commit Mail Fraud

Original Sentence:  Imprisonment - Time Served; Supervised Release - 3 years; Restitution - $91,576.10; Special Assessment - $100

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/15/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender is homeless and has no family or friends with whom to reside, despite his life long residency in New Jersey. Placement in the community corrections center will afford him the opportunity to establish a residence and employment.

Respectfully submitted,

*Monica G Martin*

By:  Monica G Martin
     U.S. Probation Officer
Date: 07/23/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/29/09
_____
Date