PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Cantero  
**Docket Number:** 09-43-01  
**PACTS Number:** 52569

**Name of Sentencing Judicial Officer:** Honorable Katherine S. Hayden  
United States District Judge

**Date of Original Sentence:** 05/14/09

**Original Offense:** Conspiracy to Defraud the United States

**Original Sentence:** Imprisonment - 9 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $91,576.10

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 07/17/09

**Assistant U.S. Attorney:** Mark E. Coyne, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick N. McMahon, AFPD, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

### PETITIONING THE COURT

[X] To add additional information  
[ ] To issue a warrant (to be lodged as a detainer)  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender was arrested by the New York Police Department in New York, on October 2, 2009, and on February 11, 2010, pled guilty to 3rd degree Rape in New York County Supreme Court. On March 11, 2010, Cantero was sentenced to a two year maximum term of imprisonment, to be followed by a five year term of Post Release Supervision (Indictment No: 4849-2009). He is currently serving this sentence at the Arthur Kill Correctional Facility on Staten Island, NY. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

PROB 12C - Page 2
Jose Cantero

On August 12, 2009, the offender was arrested in Brooklyn, New York, by New York City Police, 62nd Precinct, and charged with 5th degree Possession of Marijuana. The offender was released on his own recognizance and was scheduled to appear in court on October 2, 2009; however, he was arrested that same date and charged with Rape (as outlined above), and he remains in custody. The charge remains pending.

I declare under penalty of perjury that the foregoing is true and correct.

By: Monica G. Martin
U.S. Probation Officer
Date: 8/17/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action - Additional Information Only
[X] Other  Hearing on the violation is scheduled for 9/28/10 @ 2:00 p.m.

Hayden
Signature of Judicial Officer

9/7/10
Date