UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOSE CANTERO, 09-cr-043 (KSH)

## PETITION FOR WRIT OF HABEAS CORPUS

1. Jose Cantero, DIN 10A2118, is now confined in Groveland Correctional Facility, 7000 Sonyea Road, Sonyea, New York.

2. Said individual will be required in Newark, New Jersey, before the Hon. Katharine S. Hayden, U.S. District Judge, on November 8, 2010 at 11:30 a.m. for a violation of supervised release hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 13, 2010

_____
Mark E. Coyne
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 10/13/10

_____
Hon. Katharine S. Hayden
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Groveland Correctional Facility:

WE COMMAND YOU that you have the body of

**Jose Cantero**,

now confined at Groveland Correctional Facility, be brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, in the United States Post Office Courthouse Bldg, Federal Square at Newark, New Jersey on November 8, 2010 at 11:30 a.m. so that he may attend a violation of supervised release hearing in the above-captioned case. Immediately upon completion of the hearing, defendant will be returned to said place of confinement in safe and secure conduct.

       WITNESS the Honorable Katharine S. Hayden
       United States District Judge
       Newark, New Jersey.

DATED: 10/13/10

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
     Deputy Clerk