UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 09-0043 (KSH) |
| JOSE CANTERO | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Jose Cantero to comply with certain conditions of supervised release imposed on May 14, 2009, Mark E. Coyne, Assistant U.S. Attorney, appearing for the Government, and Patrick McMahon, Assistant Federal Public Defender, appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on November 18th to having violated Condition No. 1 of his supervised release, which required that he not commit another federal, state, or local crime; and for good cause shown;

IT IS on this 1st day of December, 2010,

ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of eight months, that sentence to run concurrent to the defendant's present, New York State sentence. Consequently, it is recommended that the Federal Bureau of Prisons shall designate Groveland Correctional Facility in Sonyea, New York as the facility where his federal sentence shall be served;

IT IS FURTHER ORDERED that upon his release from imprisonment the defendant be placed on supervised release for a period of one year and is to abide by the previously imposed terms and conditions of supervised release and

IT IS FURTHER ORDERED that Violation No. 2 of the Petition filed August 17, 2010, is hereby dismissed.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge